**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 68.192.42.248**

**ISP:** Optimum Online High Speed Internet Service
**Physical Location:** Hopewell Junction, NY

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 09/02/2017 20:22:21 | 275FDF6B11A2E9BB6311ED7CE2CD69EF7536AE24 | Hippie Chicks |
| 08/26/2017 15:00:58 | 02C86CB51F68272CAEEC64317C144AA56D93A093 | Pure Gold |
| 08/19/2017 14:42:38 | 02548598760D2AFE1AB1CE50BB7F31F2DD4C6274 | Sultry Hot Summer |
| 07/29/2017 14:06:33 | 453340FAF070AF684325FB7AA9C410B4C4F91EFE | Perfect Pussycat |
| 07/08/2017 14:26:47 | 27A442046E8EE81E3C4FC33A4E0687EB1D7041AF | Summer Lovers |
| 07/02/2017 13:28:18 | 7B75F1D13DEA537ABF60DA52AABD5912921142AD | XXX Threeway Games |
| 02/20/2017 18:03:46 | 00CFB650A9C4C316EF278380931266E1FDF82C6B | Sex Games |
| 01/17/2017 07:22:11 | B505EAAEFD4A782C8AEB7D38F292D52EE40B7FC7 | Four Way In 4K |
| 01/15/2017 14:25:16 | 1FC5E648840BEA30026D0118B571677E2AC3E0CB | Alone With You |
| 01/14/2017 14:55:35 | 5BE72087BE0A40DCD478226B1B5CDB6A1340CCD9 | Green With Envy |
| 12/28/2016 22:20:59 | 24C877F2F300D4E65358EA7132F3BB4526238B8D | Hello Sunshine |
| 12/28/2016 22:19:37 | 4FCE89FAF81FCBC9F426EC804739AB1CF71F735C | LA Dreams in My Bath |
| 11/06/2016 00:55:44 | 4F3B636AD5FF88A80F2D74935CD0093C61F427D3 | Sweeter Than Wine |
| 11/06/2016 00:55:19 | DDBAB366A23DE818C1DCD4F00C4BC42DFA6A49A0 | Wet Perfection |
| 11/06/2016 00:30:43 | CDCFAF4C5C41DFFA02C2DFC995F021407032CFE1 | Luscious Lena |
| 11/05/2016 23:24:14 | 4C79C7E30921B4C3D98B8C805D9765B4A1FC171D | Introducing Kimmy |

**Total Statutory Claims Against Defendant: 16**

EXHIBIT A

SNY382