UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                                :
                                                                  :   Civil Action No. 7:17-cv-09147-VB
                                        Plaintiff,                :
                                                                  :
                    vs.                                           :
                                                                  :
JOHN DOE subscriber assigned IP address                           :
68.192.42.248,                                                    :
                                                                  :
                                        Defendant.                :
------------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address 68.192.42.248. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  April 10, 2018

                                              Respectfully submitted,

                                    By:   /s/ *Kevin T. Conway*
                                          Kevin T. Conway, Esq. (KC-3347)
                                          664 Chestnut Ridge Road
                                          Spring Valley, New York 10977-6201
                                          T: 845-352-0206
                                          F: 845-352-0481
                                          E-mail: ktcmalibu@gmail.com
                                          *Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 10, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

      By: /s/ *Kevin T. Conway*