UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MALIBU MEDIA, LLC,

                    Plaintiff,

          vs.

JOHN DOE subscriber assigned IP address
68.192.42.248,

                    Defendant.

------------------------------------------------------------X

Civil Action No. 7:17-cv-09147-VB

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-11-18

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant") through his counsel. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe was assigned the IP Address 68.192.42.248. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: April 10, 2018

                    Respectfully submitted,

By:   /s/ Kevin T. Conway
      Kevin T. Conway, Esq. (KC-3347)
      664 Chestnut Ridge Road
      Spring Valley, New York 10977-6201
      T: 845-352-0206
      F: 845-352-0481
      E-mail: ktcmalibu@gmail.com
      *Attorney for Plaintiff*

SO ORDERED:

[signature]

U.S.D.J. / U.S.M.J.

Dated: April 11, 2018  White Plains, New York

1